Division, First Department. May 1, 1908.) Action by Peter E. Desvernine and others against Frank J. Ramirez. W. K. Barton, for appellant. J. S. Wise, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DIEFENDORF, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Julia Diefendorf against Albert O. Fenn and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

DIXON, Respondent, v. DUSENBERRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Walter B. Dixon against Charles Dusenberry, Jr., and another. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

DOLARO v. NEW YORK EDISON CO. et al. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Benjamin B. Delaro against the New York Edison Company and others. From an order denying a motion for a commission, plaintiff appeals. Reversed, and motion granted. Henry M. Earle, for appellant. Thomas H. Beardsley, for respondent.

PER CURIAM. The affidavit upon which this motion was made complies with the provisions of the Code, and entitles the plaintiff to a commission. The order should be reversed, with $10 costs and disbursements, and the motion granted.

DONNELLY, Respondent, v. FORTY–SECOND ST., M. & ST. N. A. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by James Donnelly against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. B. H. Ames, for appellant. T. C. McDonald, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

CLARKE, J., dissents.

DREYFUS, Appellant, v. DREYFUS, Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Beatrice Dreyfus against Emil Dreyfus. No opinion. Motion granted, so far as to vacate the order dismissing the appeal, on condition that the appellant have her appeal ready for argument at the October term. Settle order on notice.

DUCKOFF v. RUHE. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Isidore Duckoff against Bernard Ruhe. No opinion. Motion denied, on conditions stated in order. Order filed.

In re DUNLOP. (Supreme Court, Appellate Division, First Department. May 15, 1908.)

In the matter of Clark M. Dunlop. No opinion. Appeals dismissed, without costs. Order filed.

DURHAM et al., Appellants, v. DREYFUSS, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Northrop C. Durham and another against Rosalie Dreyfuss. No opinion. Judgment of the Municipal Court affirmed, with costs.

EAST, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by John P. East against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of East v. Brooklyn Heights Railroad Co., 115 App. Div. 683, 101 N. Y. Supp. 364.

RICH, J., dissents.

EBLING et al., Respondents, v. NEKARDA et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by William Ebling and others against Francis J. Nekarda and others. L. B. Treadwell, for appellants. J. Steiner, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion for resettlement granted, with $10 costs; the order being resettled by inserting a recital that the complaint and amended complaint were read on the motion. Settle order on notice.

EISENSTEIN v. OLD DOMINION S. S. CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Israel Eisenstein against the Old Dominion Steamship Company. No opinion. Application denied, with $10 costs. Order signed.

ELLIS, Respondent, v. KEELER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Louise Ellis against Samuel Keeler, as executor, etc., and others. No opinion. Interlocutory judgment affirmed, with costs. See 110 N. Y. Supp. 542.

In re ENNISSON. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) In the matter of the application of Walter Jay Ennisson for admission to the bar. No opinion. Application granted.

ENRIGHT, Respondent, v. PALMER MOUNTAIN TUNNEL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by James J. Enright against the Palmer Mountain Tunnel Company. Frost & Nieman, for appellant. H. A. Forster, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

ETTER, Appellant, v. ROGOW, Respondent. (Supreme Court, Appellate Division, Second De-